**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA CLOSE,<br><br>             Plaintiff,<br><br>        v.<br><br>ETHICON, INC., et al.,<br><br>             Defendants. | Case No.: 1:19-cv-02237-AWI-JLT<br><br>ORDER CLOSING COUNTS II, IV, XI, XII, XIII, AND XV OF THE COMPLAINT (Doc. 62) |

The parties have stipulated to dismiss counts II, IV, XI, XII, XIII and XV of the complaint with prejudice. (Doc. 62) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action as to these counts.

IT IS SO ORDERED.

   Dated:   **April 24, 2020**                         **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE