# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLOSE,<br><br>         Plaintiff,<br><br>   v.<br><br>ETHICON, INC., et al.,<br><br>         Defendants. | Case No.: 2:19-cv-02237-AWI-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 64) |

The parties report that they have settled the matter in principle as a result of a global settlement involving several hundred plaintiffs. (Doc. 64) They seek a stay of the action to determine whether the settlement will come to fruition. Thus, the Court ORDERS:

   1.   The stipulation to dismiss the action SHALL be filed no later than April 30, 2021;

   2.   All pending dates, conferences and hearings are VACATED.

The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.

IT IS SO ORDERED.

   Dated:   **November 9, 2020**             **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE