UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA CLOSE and TERRANCE CLOSE,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ETHICON, INC., et al.,**<br><br>**Defendants** | **CASE NO. 2:19-CV-2237 AWI JLT**<br><br>**ORDER ON PENDING MOTION**<br><br>(Doc. No. 22) |

This is a products liability suit that was received as part of the Multi-District Litigation Case No. 2327. Currently pending before the Court is a motion for partial summary judgment by Defendants (Doc. No. 22. However, on November 9, 2020, the parties filed a tentative notice of settlement. See Doc. No. 64. The Magistrate Judge then vacated all hearings, conferences, and deadlines and ordered the parties to file dispositive documents by April 30, 2021. See Doc. No. 65.

Given the current state of this case, for administrative purposes, the Court will deny the pending motion. The denial will be without prejudice to refiling should the settlement process irreparably breakdown. The administrative denial of Defendants' motion in no way reflects on or impacts the substantive merits of the motion.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for partial summary judgment (Doc. No. 22) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __November 10, 2020__                            _____
                                                                                    SENIOR DISTRICT JUDGE